```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 57832
   ARNETTA MCNEAL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-5066

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 01/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  64.35% from remaining funds.

     The case was paid in full 11/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
CAPITAL ONE                UNSECURED         761.10           .00         489.73
GERALD E MOORE             UNSECURED      NOT FILED           .00            .00
RACHEL COX                 UNSECURED      NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED OTH    462.78            .00         297.80
VERIZON WIRELESS           UNSECURED      NOT FILED           .00            .00
500 FASTCASH               UNSECURED      NOT FILED           .00            .00
AOL SHOP                   UNSECURED      NOT FILED           .00            .00
AT&T WIRELESS              UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSECURED         340.00           .00         218.78
I C COLLECTION SERVICE     UNSECURED      NOT FILED           .00            .00
DRIVE                      SECURED NOT I NOT FILED            .00            .00
DRIVE                      UNSECURED      NOT FILED           .00            .00
T MOBILE                   UNSECURED      NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED         853.86           .00         549.43
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      5.20            .00           5.20
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,650.00                      2,650.00
TOM VAUGHN                 TRUSTEE                                        289.06
DEBTOR REFUND              REFUND                                         125.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             4,625.00

PRIORITY                                         5.20
SECURED                                           .00
UNSECURED                                    1,555.74
ADMINISTRATIVE                               2,650.00
TRUSTEE COMPENSATION                           289.06
DEBTOR REFUND                                  125.00
                    ---------------         ---------------

             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 57832 ARNETTA MCNEAL
```

| | | |
|---|---|---|
| TOTALS | 4,625.00 | 4,625.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE